FILED
CLERK, U.S. DISTRICT COURT

December 6, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge ANNE HWANG | ORDER OF THE CHIEF JUDGE<br><br>24-190 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Anne Hwang,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Wesley L. Hsu to the calendar of Judge Anne Hwang:

| | |
|---|---|
| 2:22-cv-06930-WLH-MARx | Tyrone Johnson et al v. Parsec, Inc. et al |
| 2:23-cv-01833-WLH-AGR | Osvaldo Bello Villanueva v. Bryan Birkholz |
| 2:23-cv-05213-WLH-MARx | Aric Ackerman v. Tier 4 Advisors, LLC et al |
| 2:23-cv-09202-WLH-MARx | Los Angeles Waterkeeper v. Ship & Shore Environmental, Inc. |
| 2:24-cv-01873-WLH-KESx | Mikkesha Mannings et al v. The Procter and Gamble Company et al |
| 2:24-cv-01995-WLH-KESx | Poinsetta Mark v. County of Los Angeles et al |
| 2:24-cv-04220-WLH-PDx | Armin Sahebjjamei v. Tesla Motors, Inc. et al |
| 2:24-cv-05204-WLH-SKx | David Gordon Oppenheimer v. ASM Global, North America |
| 2:24-cv-06261-WLH-PDx | Sheri Tarvin v. Olly Public Benefit Corporation |
| 2:24-cv-07223-WLH-AJRx | United African-Asian Abilities Club et al v. SBI Allegheny Limited Partnership et al |
| 2:24-cv-09065-WLH-MAA | Xanten Sigmund v. Darlington Villas Homeowners Association Inc. et al |
| 2:24-cv-09256-WLH-MAAx | Ignacio Vera v. Andre Duquette et al |

In the Matter of the
Creation of Calendar for
District Judge Anne Hwang                                                                 2

| 2:24-cv-09758-WLH-JPRx | Armen Ter Ptrosyan v. Mercedes-Benz USA LLC et al |

On all documents subsequently filed in the case, please substitute the Judge initials "AH" after the case number in place of the initials of the prior Judge.

DATED: December 6, 2024

_____
Chief Judge Dolly M. Gee