Azar Mouzari, SBN 263461
Nilofar Nouri, SBN 311871
**BEVERLY HILLS TRIAL ATTORNEYS, P.C.**
9350 Wilshire Blvd, Suite 203
Beverly Hills, California 90212
Tel:  310-858-5567
Fax: 310- 627-8642
e-mail: azar@bhtrialattorneys.com
e-mail: nilofar@bhtrialattorneys.com

# UNITED STATED DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKKESHA MANNINGS, an individual; MAUREEN ABERNATHY, an individual; LE VASIA JORDAN, an individual; NATALIE MASUD, an individual, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>THE PROCTER & GAMBLE COMPANY, an Ohio Corporation; THIS IS L. INC., a Delaware Corporation, and DOES 1 through 20 inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:24-cv-01873-AH-KESx<br><br>**ORDER RE JOINT STIPULATION AND REQUEST FOR DISMISSAL [26] [JS-6]** |

On June 10, 2025, Plaintiffs MIKKESHA MANNINGS, MAUREEN ABERNATHY, LE VASIA JORDAN, and NATALIE MASUD ("Plaintiffs") and Defendants THE PROCTER & GAMBLE COMPANY and THIS IS L. INC. ("Defendants"), by and through their counsel of record, filed a Joint Stipulation and Request for Dismissal of Plaintiffs' individual claims as against Defendants *with prejudice*, and the proposed class's claims, *without prejudice*. The Court having considered the parties' Joint Stipulation and finding good cause, hereby ORDERS that Plaintiffs' claims as to Defendants are ordered dismissed, *with prejudice*, and the proposed class's claims are ordered dismissed, *without prejudice*. Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: JUNE 12, 2025

_____
Hon. ANNE HWANG
UNITED STATES DISTRICT JUDGE